# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. SA-24-CR-00102-DAE |
| | ) |
| (1) NICHOLAS GUMBARDO, | ) |
| | ) |
| Defendant. | ) |

## ADVISORY TO THE COURT REGARDING FORFEITURE

COMES NOW the United States of America, Plaintiff, by and through the United States Attorney for the Western District of Texas, and files this Advisory to the Court Regarding Forfeiture. The United States respectfully advises the Court as follows:

**I.**

On June 26, 2024, a Superseding Indictment (Doc. 40) was returned against Defendant, in the instant criminal case. Said Superseding Indictment included a Notice of United States of America's Demand for Forfeiture which sought the forfeiture of specific personal property, namely:

1. Glock model, model 26, 9mm pistol, serial number AFCK405;
2. Aero Precision, model M4E1 .223 caliber, serial number M4-0572229; and
3. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offenses,

hereinafter referred to as the Subject Property.

**II.**

The United States advises this Court that item number one of the Subject Property was reported stolen and will be returned to its rightful owner and item number two of the Subject Property has been administratively forfeited by the Bureau of Alcohol, Tabacco, and Firearms.

The United States hereby advises the Court that it will not seek judicial forfeiture of any property in the instant criminal case.

                              Respectfully submitted,

                              JAIME ESPARZA
                              United States Attorney

By:   /s/
        RAY A. GATTINELLA
        Assistant United States Attorney
        Texas Bar No. 00798202
        601 N.W. Loop 410, Suite 600
        San Antonio, Texas 78216
        Tel: (210) 384-7040
        Fax: (210) 384-7045
        Email: Ray.Gattinella@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System which will transmit notification of such filing to counsel of record.

                              /s/
                              Ray A. Gattinella
                              Assistant United States Attorney